# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JO ANN FEIKES,

    Plaintiff,

v.

CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN, TRUST, et al.,

    Defendants.

2:04-cv-1724-LDG-GWF

**ORDER**

As rulings by the court are pending in this matter,

THE COURT HEREBY ORDERS that the notice regarding intent to dismiss for want of prosecution pursuant to Local Rule 41-1 (#113) is VACATED.

DATED this  4th  day of November, 2013.

_____
Lloyd D. George
United States District Judge