# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JO ANN FEIKES, | |
|     Plaintiff, | 2:04-cv-1724-LDG-GWF |
| v. | **ORDER** |
| CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN, TRUST, et al., | |
|     Defendants. | |

As rulings by the court are pending in this matter,

THE COURT HEREBY ORDERS that the notice regarding intent to dismiss for want of prosecution pursuant to Local Rule 41-1 (#113) is VACATED.

DATED this  4th   day of November, 2013.

_____
Lloyd D. George
United States District Judge