# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Estate of JO ANN FEIKES, et al.,

    Plaintiff,

v.

CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN, TRUST, et al.,

    Defendants.

2:04-cv-1724-LDG-GWF

**ORDER**

    The Court previously determined that plaintiff Jo Ann Feikes was entitled to pre-judgment interest at the average 52-week Treasury bill rate, per 28 U.S.C. § 1961, to correct the original lapse in timely payment of the five percent interest from the time of the original distribution to the time that plaintiff was paid the five percent interest. The Court ordered Feikes to submit a calculation of pre-judgment interest accrued on the untimely payments of the five percent interest for each of the 1998, 1999, and 2000 distributions. The Court also provided the defendants an opportunity to object to the plaintiff's calculation, including whether the plaintiff has used accurate historical Treasury bill rates for each calendar year. Feikes has submitted her calculation (ECF No. 148), and the defendants have filed their response (ECF No. 149). Defendants indicate that they do not object to either the Treasury Bill rates used by Feikes in calculating pre-judgment interest or her calculation of the accrued pre-judgment interest.

    With the determination of the amount of accrued pre-judgment interest owed by defendants to plaintiff, the Court further finds that each of the plaintiff's claims have been resolved. Accordingly, the Court will enter a final judgment closing this matter.

Therefore, for good cause shown,

THE **COURT ORDERS** that plaintiff Jo Ann Feikes is entitled to pre-judgment interest in the amount of $8,273.22 to correct the original lapse in timely payment of the five percent interest from the time of the original distribution to the time that plaintiff was paid the five percent interest.

DATED this ___ day of September, 2017.

_____
Lloyd D. George
United States District Judge