# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Estate of JO ANN FEIKES, et al.,<br><br>　　Plaintiff,<br><br>v.<br><br>CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN, TRUST, et al.,<br><br>　　Defendants. | 2:04-cv-1724-LDG-GWF<br><br>**FINAL JUDGMENT** |

The Court having rendered its decision GRANTING IN PART and DENYING IN PART Defendants' Cross-motion for Summary Judgment, and GRANTING IN PART and DENYING IN PART Plaintiff's Cross-Motion for Summary Judgment, THEREFORE,

THE COURT **ORDERS** and **ADJUDGES** that Plaintiff Estate of Jo Ann Feikes is awarded pre-judgment interest in the sum of $8,782.46 against defendants, as well as post-judgment interest thereon, and those costs and fees incurred solely in prosecuting her claim for pre-judgment interest on the delay in payment of 5% interest on the 1998, 1999, and 2000 distributions.

DATED this ___ day of September, 2017.

　　　　　　　　　　　　　　　　　　　　Lloyd D. George
　　　　　　　　　　　　　　　　　　　　United States District Judge