HOWARD & HOWARD ATTORNEYS
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
Gwen Rutar Mullins, Esq.
Nevada Bar No. 3164
3800 Howard Hughes Pkwy, Ste. 1000
Las Vegas, Nevada 89169
Email: twd@h2law.com
Phone: (702) 257-1483
*Attorneys for Defendants Cardiovascular Surgery Associates Profit Sharing Plan and Trust et al.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE E. MOORE, EXECUTOR OF THE ESTATE OF JOANN PATRICIA FEIKES,<br><br>Plaintiff's,<br><br>v.<br><br>CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN AND TRUST; JAMES B. DAUGHARTHY, M.D., CHARTERED, d/b/a CARDIOVASCULAR SURGERY ASSOCIATES, in its capacity as Plan Administrator of the CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN AND TRUST; JAMES B. DAUGHARTHY, M.D., in his capacity as Trustee, and in his capacity as an Advisory Committee Member, of the CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN AND TRUST; and, JESSE L. PERRY, M.D. in his capacity as Trustee, and in his capacity as an Advisory Committee Member, of the CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN AND TRUST,<br><br>Defendants. | CASE NO.: 2:04-CV-1724-LDG-GWF<br><br><br><br><br><br>**STIPULATION AND ORDER** |

This Stipulation and Order is entered into between Plaintiff BRUCE E. MOORE, EXECUTOR OF THE ESTATE OF JOANN PATRICIA FEIKES ("Plaintiff"), by and through his attorneys of record, James H. Walton, Esq. of the law firm of NITZ WALTON, LTD. and

Page 1

HOWARD & HOWARD
3800 Howard Hughes Pkwy.
Wells Fargo Tower, Ste. 1000
Las Vegas, Nevada 89169
(702) 257-1483

Defendants CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN AND TRUST; JAMES B. DAUGHARTHY, M.D., CHARTERED, d/b/a CARDIOVASCULAR SURGERY ASSOCIATES, in its capacity as Plan Administrator of the CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN AND TRUST; JAMES B. DAUGHARTHY, M.D., in his capacity as Trustee, and in his capacity as an Advisory Committee Member, of the CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN AND TRUST; and, JESSE L. PERRY, M.D. in his capacity as Trustee, and in his capacity as an Advisory Committee Member, of the CARDIOVASCULAR SURGERY ASSOCIATES PROFIT SHARING PLAN AND TRUST ("hereinafter collectively "Defendants") by and through their attorneys of record, Thomas W. Davis, II, Esq. and Gwen Rutar Mullins, Esq. of the law firm of HOWARD & HOWARD ATTORNEYS, based on the following:

Scheduling conflicts, including vacation time, have prevented and/or are preventing the parties from adhering to the standard briefing time as to Plaintiff's Motion to Alter or Amend Final Judgment (Doc. 153) ("Plaintiff's Motion"). Defendants have requested of Plaintiff up to and including November 16, 2017, in which to file their Opposition to Plaintiff's Motion and Plaintiff's counsel has requested up to and including December 12, 2017 to file his Reply brief. All parties agree to this new briefing schedule.

**STIPULATION**

Based on the foregoing, the parties, by and through their counsel, stipulate and agree as follows:

1. Defendants' date to file their Opposition to Plaintiff's Motion should be extended such that Defendants shall now have up to and including November 16, 2017 in which to file their Opposition to Plaintiff's Motion and Plaintiff shall then have up to and including December 12, 2017 in which to file his Reply brief.

/ / /

Page 2

2. This is the First Extension Request as to the briefing of this issue.

**HOWARD & HOWARD ATTORNEYS**  **NITZ WALTON, LTD.**

/s/ Thomas W. Davis
_____
Thomas W. Davis, Esq.
Gwen Rutar Mullins, Esq.
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, Nevada 89169
Dated: 10/25/2017

/s/ James H. Walton
_____
James H. Walton, Esq.
601 S. Tenth St., Suite 201
Las Vegas, Nevada 89101
Dated: 10/25/17

### ORDER

BASED upon the above Stipulation, it is hereby ORDERED that Defendants shall now have up to and including November 16, 2017 in which to file their Opposition to Plaintiff's Motion (Doc. 153) and Plaintiff shall then have up to and including December 12, 2017 in which to file his Reply brief.

DATED this ___ day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Submitted by:

**HOWARD & HOWARD ATTORNEYS**

/s/ Thomas W. Davis, II
_____
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
Gwen Rutar Mullins, Esq.
Nevada Bar No. 3164
3800 Howard Hughes Pkwy, Ste. 1000
Las Vegas, Nevada 89169
(702) 257-1483
*Attorneys for Defendants Cardiovascular Surgery Associates Profit Sharing Plan and Trust et al.*